**Mandamus Denied and Opinion Filed August 9, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01064-CV

### IN RE SYLVESTER MCCURRY, Relator

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F99-01864-K, F01-00915-K**

## MEMORANDUM OPINION
Before Justices FitzGerald, Lang, and Myers
Opinion by Justice FitzGerald

In this original mandamus proceeding, relator contends the Honorable Judge Creuzot has failed to rule on relator's "motion for recusal of Honorable John Coleman Creuzot." Relator's motion to recuse shows it was executed by him on January 3, 2013. As of January 1, 2013, the Honorable John Creuzot was no longer the judge of the Criminal District Court No. 4. Nothing in the record shows the motion to recuse was presented to Judge Creuzot or that Judge Creuzot has presided over any post-conviction proceedings regarding relator since January 1, 2013. Therefore, we conclude relator has not shown he is entitled to the relief requested. *See Simon v. Levario*, 306 S.W.3d 318, 320–21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 297–28 (Tex. Crim. App. 2010) (orig. proceeding).

We deny relator's petition for writ of mandamus.

131064F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE